UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VITA LAW OFFICES, P.C.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.,<br>*et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-11518-BEM |

**NOTICE OF DEFENDANTS' MOTION TO TRANSFER OR,
IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT, AND FOR SANCTIONS.**

Defendants Lockridge Grindal Nauen PLLP and Heidi M. Silton, Esq. ("Defendants") respectfully move this Court for an order transferring this action, pursuant to 28 U.S.C. § 1404(a), to the United States District Court Southern District of Florida, where Judge Rodney Smith has retained jurisdiction over disputes, such as this one, arising out of disputes over the allocation of fees awarded to the plaintiffs' counsel in *Wood Mountain Fish LLC v. Mowi ASA*, No. 19-cv-22128 (S.D. Fla., Feb. 27, 2023).

Given that Plaintiff's counsel knew of Judge Smith's retained jurisdiction, knew that such jurisdiction extended to this dispute, and knew that filing this case in the Massachusetts Superior Court (necessitating its removal to this Court, *see* ECF No. 1) would necessitate this motion and thus unreasonably multiply the proceedings, Defendants request that this Court sanction Plaintiff's counsel, Mr. Christopher Cervantes, pursuant to 28 U.S.C. § 1927, and require him to pay Defendants' fees associated with removal and transfer.

2

Should the Court deny Defendants' motion to transfer, Defendants respectfully request thirty days from the date this Court rules on this motion to respond to Plaintiff's complaint.

Dated: May 28, 2025	Respectfully Submitted,

*/s/ Stephen J. Teti*
Stephen J. Teti (BBO# 569332)
Kristie A. LaSalle (BBO# 692891)
**LOCKRDIGE GRINDAL NAUEN PLLP**
265 Franklin Street, Suite 1702
Boston, MA 02110
Phone: (617) 535-3763
sjteti@locklaw.com
kalasalle@locklaw.com

*Counsel for the Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2025, this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

    */s/ Stephen J. Teti*